RECEIVED
AUG -3 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ALAN VIRGIL BRUMFIELD | CIVIL ACTION 1:16-CV-01774 |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| KATHRYN WIDHALM COOPER, et al. | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Brumfield's Petition for Writ of *Coram Nobis* (Doc. 9) is **DENIED AND DISMISSED WITHOUT PREJUDICE**.

**THUS ORDERED AND SIGNED** in Chambers at Alexandria, Louisiana, Louisiana on this 3rd day of August, 2018.

JAMES T. TRIMBLE, Jr.
UNITED STATES DISTRICT JUDGE